IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CENTENNIAL BANK,
Guardian of the Estate of Mary
Moore Stiny                                                               PLAINTIFF

v.                         No. 3:17-cv-226-DPM

RENA WOOD, also known as
Rena Wood Powell                                                          DEFENDANT


IN THE MATTER OF THE
GUARDIANSHIP OF MARY MOORE
STINY, an incapacitated person

No. 3:17-cv-227-DPM

ORDER

1. The Court concludes that it has subject matter jurisdiction under 28 U.S.C. § 1332(a) in both of these cases. The parties are diverse. More than $75,000 is in controversy in the Centennial/Wood dispute about the First National Bank of Lawrence County account. And adjudication of that dispute will necessarily entail deciding who was, is, and should be trustee of the Stiny family trust. The defects in the removals are procedural rather than

jurisdictional, and Centennial has waived them.

2. The Court consolidates these two cases and designates No. 3:17-cv-226-DPM as the lead case. All future filings should be made in that case number.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

30 August 2017